1 | AARON D. FORD
    Attorney General
2 | NATHAN M. CLAUS (Bar No. 15889)
    Deputy Attorney General
3 | State of Nevada
    Office of the Attorney General
4 | 1 State of Nevada Way
    Suite 100
5 | Las Vegas, Nevada 89119
    (702) 486-7629 (phone)
6 | (702) 486-3768 (fax)
    Email: nclaus@ag.nv.gov
7 |
    *Attorneys for Interested Party*
8 | *Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| WILLIAM SCHULZ, et al., | Case No. 2:24-cv-00778-GMN-DJA |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| JEREMY BEAN, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Willaims Schulz, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan M. Claus, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

//
//
//
//
//
//

DATED this 9th of May 2025.

/s/ _____
Willaim Schulz, #1062590
*Plaintiff Pro se*

DATED this 9th of May, 2025.

**ATTORNEY GENERAL'S OFFICE**

/s/ Nathan M. Claus, Esq.
NATHAN M. CLAUS
Deputy Attorney General
Nevada Bar No. 15889
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED ___June 25___, 2025.

_____
UNITED STATES DISTRICT JUDGE